# Court of Appeals
# of the State of Georgia

ATLANTA, January 07, 2013

*The Court of Appeals hereby passes the following order*

## A13I0104. STONELAKE TOWNHOMES PROPERTY OWNERS ASSOCIATION, INC., v. MEREDITH THORNTON.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STCV1003698



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, January 07, 2013.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Hally K. O. Sparrow*                    *, Clerk.*